# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: ONH AFC CS Investors, LLC, *et al.*[17], ) Debtor ) ) | Case No.: 23-10931-CTG |
| Anna Phillips, in her capacity as the Liquidating Trustee of the ONH Liquidating Trust, ) Plaintiff ) v. ) ) | Confirmed Chapter 11 (Subchapter V) (Jointly Administered) |
| 111 Wall Sub LLC ) Defendant | Adv. Proc. No. 25-51076-CTG |

**AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | 824 N. Market Street, 3rd Floor Wilmington, DE 19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Gerard DiConza<br>Allen G. Kadish<br>ARCHER & GREINER, P.C.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>(212) 682-4940<br>-and-<br>Natasha M. Songonuga, Esquire<br>ARCHER & GREINER, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>(302) 777-4350 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>824 Market Street, 3rd Floor, Courtroom #7<br>Wilmington, DE 19801 | Date and Time:<br>September 11, 2025 at 10:00 a.m. (ET) |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: July 15, 2025

/s/ Steven Grant
*Clerk of the Bankruptcy Court*

---

[17] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: RAC Investment Holdings, LLC (7349); RAC King, LLC (6605); RAC Dealership, LLC (3862); RAC Intermediate Holdings, LLC (4792); RAC Servicer, LLC (3735); and RAC Asset Holdings, LLC (8701).

230730622 v1