# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Confirmed Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS, LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |
| ANNA PHILLIPS, in her capacity as the Liquidating Trustee of the ONH Liquidating Trust, | |
| Plaintiff, | |
| v. | |
| Defendants listed on Exhibit "A", | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 11, 2025 AT 10:00 A.M. (ET)**

> **THIS HEARING HAS BEEN <u>CANCELLED</u>
> AS NO MATTERS ARE GOING FORWARD**

**<u>UNCONTESTED MATTER FOR WHICH AN ORDER HAS BEEN ENTERED</u>:**

1. Liquidating Trustee's Motion for an Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 544, 548 and 550 (filed July 15, 2025) [Main Case Dkt. No. 500]

    <u>Response Deadline</u>:   July 29, 2025, extended to August 5, 2025

    <u>Response Received</u>:   Informal comments from Hartford Insurance Group and Hartford Fire Insurance Company

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

Related Documents:

a. Certification of Counsel Regarding Liquidating Trustee's Motion for an Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 544, 548 and 550 (filed August 6, 2025) [Main Case Dkt. No. 505]

b. Order Regarding Motion of Liquidating Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 544, 548 and 550 (entered August 6, 2025) [Main Case Dkt. No. 506]

Status: An Order has been entered. Therefore, no hearing is necessary.

**PRETRIAL CONFERENCE:**

2. Pretrial conferences in the Adversary Proceedings listed on Exhibit "A" attached hereto

Status: Pursuant to Section H, paragraph 21 of the *Order Regarding Motion of Chapter 7 Trustee for Order Establishing Procedures Governing Associated Adversary Proceedings Bought Pursuant to 11 U.S.C. §§ 544, 548 and 550* entered on August 6, 2025 [Main Case Dkt. No. 506]:

**H. Avoidance Actions Omnibus Hearings**

21. The initial pretrial conference shall have been deemed to be held on September 11, 2025 at 10:00 a.m. (ET).

Accordingly, the Pretrial Conference is hereby cancelled.

*Reminder of page intentionally left blank*

|  |  |
|---|---|
| Dated: August 7, 2025 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Natasha M. Songonuga*<br>Natasha M. Songonuga (Bar No. 5391)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Email: nsongonuga@archerlaw.com<br><br>-and-<br><br>Gerard DiConza<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 682-4940<br>Email: gdiconza@archerlaw.com<br><br>*Attorneys for the ANNA PHILLIPS, in her capacity as the Liquidating Trustee of the ONH Liquidating Trust* |